UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22MC00430 SPM ) |
| ONE (1) ANDERSON MANUFACTURING AM-15 RIFLE, SERIAL NO.: 21340507; and | ) ) ) ) |
| ONE (1) AERO PRECISION X15 SHOTGUN, SERIAL NO.: X348319, | ) ) ) ) |
| Defendants. | ) |

**FIFTH MOTION TO EXTEND TIME
TO FILE COMPLAINT FOR FORFEITURE**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District, and respectfully moves this Court to extend the time in which the United States is required to file a verified complaint for forfeiture and in support of its Motion states as follows:

1. On December 2, 2021, the following property was seized from Keith Grissom during the course of an ongoing investigation:

    a. Anderson Manufacturing AM-15 Rifle, SN: 21340507; and

    b. Aero Precision X15 Shotgun, SN: X348319.

2. All of the written notice of intent to forfeit required by Title 18, United States Code, Section 983(a)(1)(A) to be sent by the Bureau of Alcohol, Tobacco, Firearms and Explosives to interested parties has been sent.

3. The time has expired for any person to file an administrative claim to the property under Title 18, United States Code, Section 983(a)(2)(A)-(E).

4. The only person to file an administrative claim to the defendant property with the Bureau of Alcohol, Tobacco, Firearms and Explosives is Keith Grissom on February 18, 2022.

5. Title 18, United States Code, Section 983(a)(3)(A) provides as follows:

> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed ***may extend the period for filing a complaint for good cause shown*** or upon agreement of the parties.

6. Title 18, United States Code, Section 983(a)(3)(B) also provides that the United States may maintain possession of the property by filing criminal charges within the relevant time frame.

7. On February 9, 2023, this Honorable Court granted the Government's Motion to Extend Time to File Verified Complaint for Forfeiture.  Absent an order further extending its time, the United States must either file a civil complaint for forfeiture of the above-captioned property or file criminal charges no later than May 14, 2023.

8. The United States has an ongoing criminal investigation regarding the conduct giving rise to the forfeiture of the property.  If a civil complaint is filed, any discovery in a civil case would impede the Government's ability to conduct its ongoing criminal investigation and would also create a burden on the claimant's right against self-incrimination.  Should the property be returned to the claimant there would be no assurance that the property would be available as evidence in any subsequent court proceedings.

9. The requested extension is in the interest of justice insofar as it avoids the need for duplicative actions and thereby conserves judicial and other governmental resources.

10. A proposed order is included herewith for the Court's consideration.

WHEREFORE, for the foregoing good cause, the Government respectfully requests that the Court extend the period in which the United States is required to file a Complaint against the

property and/or to return criminal charges until August 12, 2023.

Dated:  May 5, 2023					Respectfully submitted,

							SAYLER A. FLEMING
							United States Attorney


							/s/ Kyle T. Bateman
							KYLE T. BATEMAN, #996646(DC)
							Assistant United States Attorney
							111 South 10th Street, Suite 20.333
							Saint Louis, Missouri 63102
							Telephone:    (314) 539-2200
							 Facsimile:    (314) 539-2777
							Kyle.Bateman@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023, a copy of the foregoing was sent via first-class mail, postage prepaid and addressed to the following:

Keith Grissom
38 Ruth St.
East Prairie, MO 63845

John Schneider
Attorney for Keith Grissom
Johnson, Schneider and Ferrell, LLC
212 N. Main St.
Cape Girardeau, MO 63701

/s/ Kyle T. Bateman
KYLE T. BATEMAN, #996646(DC)
Assistant United States Attorney